APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 12-2482

David Longaker, Plaintiff-Appellant

vs.

Boston Scientific Corporation; Guidant Sales Corporation, Defendants-Appellees

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** Boston Scientific Corporation; Guidant Sales Corporation

s/ Daniel G. Wilczek
ATTORNEY NAME

Faegre Baker Daniels LLP
FIRM NAME

90 South Seventh Street, Suite 2200
STREET or P.O. BOX

Minneapolis, Minnesota 55402
CITY, STATE, ZIP

612-766-7000
OFFICE PHONE NUMBER

612-766-1600
FACSIMILE NUMBER

Dan.Wilczek@FaegreBD.com
E-MAIL ADDRESS

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on June 28, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

s/ Daniel G. Wilczek